*Cathey v. Johns–Manville Sales Corp.,* 776 F.2d 1565, 1573 (6th Cir.1985), *cert. denied,* 478 U.S. 1021, 106 S.Ct. 3335, 92 L.Ed.2d 740 (1986). "Actual cases of reversal for this reason," a leading treatise points out, "are extremely few." 11 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane Federal Practice and Procedure § 2819 at 123 (1973) (footnote omitted).

After careful review of those portions of the trial transcript to which the parties have invited our attention, we are confident that the district court did not abuse its discretion in denying the plaintiff's motion here. So abundant was the evidence supporting the defendants' theory of the case, indeed, that it is difficult for us to see how the district court could possibly have rationalized a decision to grant a new trial. Far from abusing its discretion, the district court clearly made the correct decision.

The plaintiff's appeal has no merit, and the appeal is **DISMISSED** for that reason.

BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE and COLE, Circuit Judges.

### ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is **ORDERED,** that the previous decision and judgment of this court are vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further **ORDERED,** that the appellant file a supplemental brief not later than Wednesday, September 18, 1996, and the appellee file a supplemental brief not later than Wednesday, October 16, 1996. Reargument will be scheduled for Wednesday, December 4, 1996.

**John DOE, Plaintiff–Appellee,**

v.

**SECURITIES AND EXCHANGE COMMISSION et al., Defendants–Appellants.**

Nos. 95–5862/6625.

United States Court of Appeals, Sixth Circuit.

Decided Aug. 21, 1996.

Before: MERRITT, Chief Judge; KENNEDY, MARTIN, NELSON, RYAN,

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark D. CLEMENTS, Defendant–Appellant.**

No. 94–5224.

United States Court of Appeals, Sixth Circuit.

Submitted March 9, 1995.

Decided June 17, 1996.